**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN M. HUNTER,**<br>**Plaintiff** | : | |
| **v.** | : | **C.A. No. 17-172-WES-LDA** |
| **CITY OF CRANSTON, by and through its Financial Director Robert F. Strom, alias, SHARON CAVALLORO, alias, individually and in her capacity as Code Compliance Officer for the City, and JOHN DOES 1-10, alias,**<br>**Defendants** | : | |

**<u>CONSENT JUDGMENT</u>**

By agreement of the Parties and with approval of this Court, judgment shall enter for the Plaintiff as follows:

1. That the Defendant City of Cranston, its officers, successors, agents, servants, employees, attorneys, and those in active concert or participation with them are hereby permanently restrained and enjoined from selectively enforcing § 5.08.010 and § 17.72.010 of the City of Cranston Zoning Ordinance, as currently worded or as the same may be amended, as to the Plaintiff and shall enforce the above provisions in a uniform and non-discriminatory manner in compliance with the First and Fourteenth Amendments to the United States Constitution and Article 1, §21 of the Rhode Island Constitution.

2. That the Defendant City of Cranston shall pay to Plaintiff's counsel the sum of **THIRTY-FIVE THOUSAND ($35,000.00) Dollars** in payment of the counsel fees and costs incurred in prosecuting the case, which said sum shall be paid within thirty (30) days of the entry of the within Judgment.

3. The claims against Defendant Cavallaro are dismissed with prejudice in consideration of the within Consent Judgment.

**ENTER:**



William E. Smith
Chief Judge
May 8, 2019

**AGREED TO AS TO FORM AND SUBSTANCE:**

**PLAINTIFF,**
**STEPHEN M. HUNTER,**
By his attorneys,

**Date: May 6, 2019**

**/s/ Richard A. Sinapi**
**Richard A. Sinapi, Esq**. (#2977)
**American Civil Liberties Union, R.I. Affiliate**
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: (401) 739-9690; Fax (401) 739-9040
Email: ras@sinapilaw.com

**DEFENDANTS,**
**CITY OF CRANSTON AND**
**SHARON CAVALLORO**
By their attorneys,
**DESISTO LAW OFFICES**

**Date: May 6, 2019**

**/s/ Marc DeSisto**
**Marc DeSisto, Esq.** (#2757)
60 Ship Street
Providence, RI 02903
marc@desistolaw.com
Phone: 401-272-4442

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Consent Order was filed and served electronically by operation of the Court's CM/ECF System upon the following counsel on this **6th day of May, 2019.**

**Marc DeSisto, Esq.**
**Patrick Cunningham, Esq.**
Senior Assistant City Solicitor
60 Ship Street
Providence, RI 02903
marc@desistolaw.com

/s/ **Richard A. Sinapi**